ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
GERALYN A. GULSETH
Special Assistant United States Attorney
California Bar No. 160872
    160 Spear Street, #800
    San Francisco, California 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 977-8809
    E-Mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BARNHART,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 12-271 JCG<br><br>[~~PROPOSED~~]<br>**JUDGMENT FOR PLAINTIFF** |

The Court has approved the parties' Stipulation to Reopen the case following proceedings pursuant to 42 U.S.C. § 405(g), Sentence Six, and to Entry of Judgment for Plaintiff. Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment be entered for Plaintiff.

DATED: February 20, 2013

                                              HON. JAY C. GANDHI
                                              UNITED STATES MAGISTRATE JUDGE